1  PETER SEAN BRADLEY, ESQ. #109258
   RANDALL M. PENNER, ESQ., #101201
2  PENNER, BRADLEY & BUETTNER
   1171 WEST SHAW AVENUE, SUITE 102
3  FRESNO, CALIFORNIA 93711
   TELEPHONE (559)221-2100
4  FACSIMILE (559)221-2101

5
   Attorneys for Plaintiff
6  BRANDON ELLIS

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                       **EASTERN DISTRICT OF CALIFORNIA**
10

11

12

13 BRANDON ELLIS,                      )    CASE NO. 1:05-CV-01474-AWI-
                                       )    SMS
14                                     )
              Plaintiff,               )
15                                     )    STIPULATION TO FILE FIRST
   v                                   )    AMENDED COMPLAINT AND
16                                     )    DISMISSING DOUGLAS JOHNSON;
   CITY OF REEDLEY; REEDLEY            )    ORDER
17 POLICE DEPARTMENT; DOUGLAS          )
   JOHNSON, in his official            )    ORDER    FIRST    AMENDED
18 capacity,                           )    COMPLAINT   BE   FILED   BY
                                       )    PLAINTIFF  WITHIN   5  DAYS
19            Defendants.              )    FROM SERVICE OF THIS ORDER
   _____)
20

21

22

23      1.   In or about October of 2005, plaintiff filed a Complaint

24 for Damages against the City of Reedley, Reedley Police Department

25 and Douglas Johnson in his official capacity.

26      2.   The allegations of the Complaint asserted claims against

27 defendants based on a violation of civil rights.

28

STIPULATION TO FILE FIRST AMENDED                ELLIS v CITY OF REEDLEY
COMPLAINT AND DISMISSING DOUGLAS JOHNSON         CASE NO 1:05-CV-01474-AWI-SMS

3. Plaintiff proposes to amend the Complaint to include causes of action for violation of the Fair Employment & Housing Act, California Government Code section 12940.

4. Douglas Johnson has been sued in his official capacity and not in a personal capacity.

IT IS HEREBY STIPULATED between the parties in the above-entitled action, through their respective counsel of record, that:

1. Defendant Douglas Johnson, who was sued in his official capacity, will be and hereby is dismissed with prejudice from the Complaint. All reference to Douglas Johnson in the caption of this matter shall be removed.

2. Plaintiff may file a First Amended Complaint for Damages in the form attached hereto as Exhibit "A" (that was e-filed).

3. The parties stipulate that the dismissal of Douglas Johnson is without prejudice to the plaintiff's case against the City of Reedley. The parties agree that the Reedley Police Department is not separate from but rather is a part of the City of Reedley.

IT IS SO STIPULATED.

Dated:   April 3, 2006                    PENNER, BRADLEY & BUETTNER


                                          By   /s/ Peter Sean Bradley
                                               PETER SEAN BRADLEY
                                               Attorneys for Plaintiff


Dated:   April 3, 2006                    LIBERT CASSIDY WHITMORE


                                          By /s/ Greg R. Groeneveld
                                               GREG R. GROENEVELD
                                               Attorneys for Defendants

**ORDER**

Good cause appearing,

IT IS ORDERED that:

1. Douglas Johnson is dismissed and his name will be deleted from the caption.

2. Plaintiff to file the First Amended Complaint within Five (5) days from service of this Order.

IT IS SO ORDERED.

Dated:   April 5, 2006                             /s/ Sandra M. Snyder
icido3                                             UNITED STATES MAGISTRATE JUDGE