```
1  PETER SEAN BRADLEY, ESQ. #109258
   RANDALL M. PENNER, ESQ., #101201
2  PENNER, BRADLEY & BUETTNER
   1171 WEST SHAW AVENUE, SUITE 102
3  FRESNO, CALIFORNIA 93711
   TELEPHONE (559)221-2100
4  FACSIMILE (559)221-2101

5  Attorneys for Plaintiff
   BRANDON ELLIS
```

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON ELLIS,              ) | CASE NO. 1:05-CV-01474-AWI-SMS |
|                             ) | |
|           Plaintiff,        ) | |
|                             ) | STIPULATION AND ORDER |
| v                           ) | EXTENDING DEADLINES |
|                             ) | |
| CITY OF REEDLEY; REEDLEY    ) | |
| POLICE DEPARTMENT; DOUGLAS  ) | |
| JOHNSON, in his official    ) | |
| capacity,                   ) | |
|                             ) | |
|           Defendants.       ) | |

IT IS HEREBY STIPULATED between the parties in the above-entitled action, through their respective counsel of record, that (1) the deadline for disclosure of expert witnesses is continued to August 21, 2006, (2) the supplemental expert witness disclosure deadline is continued to August 31, 2006, and (3) the discovery deadline for expert witnesses is continued to September 25, 2006. The purpose of this Stipulation is to allow th parties to pursue a mediation.

IT IS SO STIPULATED.

Dated:   July 20, 2006                     PENNER, BRADLEY & BUETTNER


                                           By   /s/ Peter Sean Bradley
                                                PETER SEAN BRADLEY
                                                Attorneys for Plaintiff


Dated:   July 20, 2006                     LIBERT CASSIDY WHITMORE


                                           By /s/ Shelline K. Bennett
                                              SHELLINE K. BENNETT
                                              Attorneys for Defendants

**ORDER**

Good cause appearing,

IT IS ORDERED that (1) the deadline for disclosure of expert witnesses is continued to August 21, 2006, (2) the supplemental expert witness disclosure deadline is continued to August 31, 2006, and (3) that the discovery deadline for expert witnesses is continued to September 25, 2006.

IT IS SO ORDERED.

**Dated:   July 26, 2006**            /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE