**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRANDON ELLIS,** ) | CV F 05-1474   AWI SMS |
| ) | |
| Plaintiff, ) | ORDER VACATING |
| ) | HEARING DATE OF |
| v. ) | FEBRUARY 26, 2007, AND |
| ) | TAKING MATTER UNDER |
| **CITY OF REEDLEY; REEDLY** ) | SUBMISSION |
| **POLICE DEPARTMENT; and DOES 1** ) | |
| **through 50, inclusive,** ) | |
| ) | |
| **Defendant**s. ) | |
| _____ ) | |

   In this action for damages, defendants City of Reedley and Reedley Police Department ("Defendants") have noticed for hearing and decision a motion for summary judgment, or in the alternative for partial summary adjudication (the "Motion").  The matter was scheduled for oral argument to be held on February 26, 2007. The Court has reviewed Defendants' Motion, Plaintiff's opposition, Defendants' reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 26, 2007, is VACATED, and no party shall appear at that time.  As of February 26, 2007, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:     February 21, 2007**              /s/ Anthony W. Ishii
h2ehf                                             UNITED STATES DISTRICT JUDGE