IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ELLIS,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF REEDLEY; REEDLY POLICE DEPARTMENT; and DOES 1 through 50, inclusive,<br><br>          Defendants. | CV F 05-1474   AWI SMS<br><br>ORDER VACATING TRIAL DATE AND GRANTING EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL |

       In this action for damages, the parties have noticed verbal settlement of the case. The court is informed that the verbal agreement is to be memorialized in a written settlement agreement that is to be presented to the governing body of the City of Reedley for approval. Because of the requirement that the City of Reedley approve the settlement agreement, and because of the delay inherent in obtaining that approval, the parties request an extension of time to file documents finally disposing of the action beyond the twenty (20) days provided by Local Rule 16-160.

       THEREFORE, good cause having been shown, the court hereby ORDERS that the trial date of May 30, 2007, is hereby VACATED. The parties shall file a stipulation of dismissal not later than June 22, 2007, or shall schedule a further status conference by that date if a stipulation of dismissal is not filed.

IT IS SO ORDERED.

Dated:   May 25, 2007                      /s/ Anthony W. Ishii
                                                   UNITED STATES DISTRICT JUDGE