Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
575 East Locust Avenue, Suite 302
Fresno, CA  93720

Telephone:   (559) 256-7800
Facsimile:   (559) 449-4535
E-mail:   sbennett@lcwlegal.com

Attorneys for Defendants
CITY OF REEDLEY; REEDLEY POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ELLIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF REEDLEY; REEDLEY POLICE DEPARTMENT; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.  1:05-cv-01474 AWI/SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to *Federal Rules of Civil Procedure*, *Rule 41(a)(1)*, each party to bear its own costs and attorneys' fees.

Dated: June 21, 2007                                    Liebert Cassidy Whitmore

/s/

By: _____
   Shelline K. Bennett
   Jesse J. Maddox
   Attorneys for Defendants
   CITY OF REEDLEY; REEDLEY POLICE
   DEPARTMENT

Dated:     June 19, 2007                    LAW OFFICES OF PENNER, BRADLEY &
                                            BUETTNER
                                                    /s/

By: _____
   Peter Bradley
   Attorney for Plaintiff
   Brandon Ellis

# O R D E R

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, 41(a)(1)*.   The Clerk of the Court is DIRECTED to close this file.

   IT IS SO ORDERED.

**Dated:   July 11, 2007**                    _____/s/ Anthony W. Ishii_____
                                              UNITED STATES DISTRICT JUDGE